Lawrence Moy, Esq.
SBN# 164060
12440 Firestone Blvd., Ste. 108
Norwalk, CA 90650
562-807-2223
562-807-2229 (fax)

**ATTORNEY FOR PLAINTIFFS**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY HILLMAN, an individual, and JOHN HILLMAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., c/o CT Corp. Systems; RECONTRUST COMPANY; N.A., MORTGAGE ELECTRONIC REGISTRATION REGISTRATIONS SYSTEMS, INC; DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV09-01994<br><br>Assigned: The Hon. Thelton E Henderson<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.**<br><br><br><br>Complaint Filed: March 29, 2009<br>Case Removed: May 6, 2009 |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs SHELLY HILLMAN and JOHN HILLMAN voluntarily dismiss without prejudice the above-entitled action against Defendants COUNTRYWIDE HOME

1

LOANS, INC, RECONTRUST COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-50, inclusive. This notice of dismissal is being filed with the Court before service by the Defendants of either an answer or motion for summary judgment.

Dated: June, 22, 2009                    **Respectfully Submitted,**



IT IS SO ORDERED
Judge Thelton E. Henderson
06/26/09

By: /s/ *Lawrence Moy*
 Lawrence Moy
 Attorney for Plaintiff

2